IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN RE: | CASE NO. BK 09-80100 |
| | CHAPTER 13 |
| ANNAMAY R. HAVERKAMP, | **NOTICE OF** |
| Debtor. | **SERVICE OF ORDER** |

 **COMES NOW** U.S. Bank, N.A., its Successors and/or Assigns (hereinafter "U.S. Bank") a secured creditor of Debtor Annamay R. Haverkamp, and hereby shows to the Court that a copy of the Order granting Relief From the Automatic Stay to U.S. Bank was sent to Erin M. McCartney, Debtor's Attorney; Kathleen Laughlin, Chapter 13 Trustee; and Patricia Fahey, U.S. Trustee, by electronic mail through the CM/ECF system, and I hereby certify that on September 22, 2009, a copy of said Order was mailed by United States Mail, postage prepaid, to the following non CM/ECF participants:

<u>DEBTOR</u>
AnnaMay R. Haverkamp
7001 Chandler Hills Drive
Bellevue, Nebraska 68147

 **DATED** this 22nd day of September, 2009.

    U.S. BANK, N.A., its Successors and/or Assigns,
    a Secured Creditor

    By:  */s/Matthew E. Eck*
    For:  LOCHER PAVELKA DOSTAL BRADDY
       & HAMMES, LLC
      200 The Omaha Club
      2002 Douglas Street
      Omaha, Nebraska 68102
      Phone: (402) 898-7000
      Fax: (402) 898-7130
      meck@lpdbhlaw.com
      Matthew E. Eck